THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Noel Gray, Appellant.
 
 
 

Appeal From Aiken County
 Jackson V. Gregory, Circuit Court Judge
Unpublished Opinion No. 2008-UP-040
Submitted January 2, 2008  Filed January
 11, 2008
APPEAL DISMISSED

 
 
 
 Eleanor Duffy Cleary, South Carolina Commission on Indigent
 Defense,  Division of Appellate Defense, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; Solicitor Barbara R. Morgan, Second Judicial Circuit, of Aiken,
 for Respondent.
 
 
 

PER CURIAM:  Gray appeals his life sentence without parole for two counts of
 second degree criminal sexual conduct with a minor.  On appeal Gray alleges the
 trial judge erred by allowing a prior, out-of-state charge for aggravated child
 molestation to be classified as a most serious offense in South Carolina.  After a thorough review of the record, counsels
 brief, and Grays pro se brief pursuant to Anders v.
 California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
 406 S.E.2d 357 (1991), we dismiss[1] Grays appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
ANDERSON, SHORT AND WILLIAMS, JJ., CONCUR

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.